IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AGNES R. DeLEON,

      Plaintiff,

v.                                                          CIV 08-1120 JCH/KBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 8, 2009. *Doc. 20.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 20)* is ADOPTED;

2. Plaintiff's Motion to Reverse/Remand *(Doc. 16)* is granted in part; and

3. Pursuant to the final order entered concurrently herewith, this action is remanded to the Commissioner for further proceedings concerning Plaintiff's mental impairment only.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE